468 A.2d 847

Commonwealth v. Cortes, Appellant.

Submitted March 24, 1983. Clayton R. Wilcox, Assistant Public Defender, for appellant; Gary E. Hartman, District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, CIRILLO and HOFFMAN, JJ.

Judgment of sentence affirmed.